# Indictment Synopsis

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

'18 JAN 26 P 1: 19

DEPUTY CLERK

**Name:** Demone Coleman

**Address:**
**(City & State Only)** Dorchester, MA

**Year of Birth and Age:** 1979/38 years old

**Violations:** Count 1: Possession with intent to distribute 28 grams or more of cocaine base, in violation of Title 21, United States Code, Section 841(a)(1).

**Penalties:** Count 1: Imprisonment of not less than five years and not more than forty years, or a fine not to exceed five million dollars ($5,000,000), or both. (21 U.S.C. § 841(b)(1)(B) and 18 U.S.C. § 3571(b)(1))

This is a Class B felony pursuant to 18 U.S.C. § 3559(a)(2).

If the Court determines that the above offenses were committed after a prior conviction for a felony drug offense has become final, as described in 21 U.S.C. § 841(b)(1)(B):

Imprisonment of not less than ten years and not more than life, or a fine not to exceed eight million dollars ($8,000,000), or both. 21 U.S.C. § 841(b)(1)(B).

This is a Class A felony pursuant to 18 U.S.C. § 3559(a)(3).

**Supervised Release:** Count 1: Not less than four years and not more than life. 21 U.S.C. § 841(b)(1)(B).

If the Court determines that the above offenses were committed after a prior conviction for a felony drug offense has become final, as described in 21 U.S.C. § 841(b)(1)(B):

Not less than eight years and not more than life (21 U.S.C. § 841(b)(1)(B)).

**Maximum Term of Imprisonment for Violation of Supervised Release:** Count 1: Not more than three years. 18 U.S.C. § 3583(e)(3).

If the Court determines that the above offenses were committed after a prior conviction for a felony drug offense has become final, as described in 21 U.S.C. § 841(b)(1)(B):

Not more than five years. 18 U.S.C. § 3583(e)(3).

| | |
|---|---|
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts One: Life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | DEA/Huntley |
| **Detention Status:** | Detained in the District of Massachusetts |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSA:** | David B. Joyce |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |