UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **VS.** | * | **DOCKET NO. 2:18-cr-12-JAW** |
| | * | |
| **DEMONE COLEMAN** | * | |
| | * | |

## UNOPPOSED MOTION TO EXTEND TIME FOR PRE-TRIAL MOTIONS AND CONTINUE FROM THE TRIAL LIST OF DECEMBER 3, 2018

Now Comes the defendant, Demone Coleman, and moves this Honorable court to extend the deadline for pre-trial motions by 60 days, and continue the case from the trial list of December 3, 2018. In support hereof the defendant states as follows:

Coleman was arraigned on the Indictment on October 15, 2018, and a Procedural Order was entered at that time setting October 29, 2018, as the deadline for pre-trial motions and placing the case on the trial list for December 3, 2018. The parties have discussed discovery, and the government has produced a thumb drive containing the materials they have agreed to produce. The defendant and counsel will need additional time to review the discovery materials produced and consult about which motions, if any, are appropriate in this case. The defendant is currently being held at the Strafford County Jail in Dover, New Hampshire, so consultation will be made more difficult by virtue of the distance.

Additionally, an Indictment is pending against the defendant in the United States District Court for the District of Massachusetts (Docket No. 1:18-cr-10106-PBS), and the parties have all agreed to seek a Rule 20 transfer of that Indictment to the District of Maine. While such a process anticipates the entry of pleas of guilty to both Indictments, time will still be need to complete the process of transfer and schedule and complete the Rule 11 proceedings. The requested extension of

time will leave the parties with adequate time to complete this process.

The defendant hereby waives his rights under the Speedy Trial Act for the periods of time that will be excluded from computations under the statute by virtue of this motion. The government, in the person of Assistant United States Attorney David Joyce, authorizes your undersigned to represent that the government has no objection to the relief requested by this motion.

Wherefor, defendant Coleman prays that his pre-trial motion deadline be re-set for December 28, 2018, and that this case be continued to the trial list of February 4, 2019.

Dated: October 24, 2018 /s/J. Hilary Billings, Esq.
Attorney for Defendant
Assistant Federal Public Defender
Counsel for the Defendant
P.O. Box 595
Portland, Me 04112-0595
207-553-7070
FAX: 553-7017
J.Hilary.Billings@fd.org

UNITED STATE DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I, J. Hilary Billings, hereby certify that I have, this date, caused the within Motion to Extend Time for Pre-Trial Motions, to be served upon Assistant United States Attorney David Joyce, Esq., by forwarding a copy of this Motion to him electronically via the court's ECF system.

/s/ J. Hilary Billings
J. Hilary Billings, Esq.
Counsel for the Defendant

Dated: October 24, 2018