UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIM NO. 2:18-cr-00012-JAW |
| | ) | |
| DEMONE COLEMAN | ) | |

**SPEEDY TRIAL ORDER**

This matter comes before the Court upon the defendant's motion (ECF No. 14) to extend the deadline for the filing of his pre-trial motions by 60 days, and to continue the case from the trial list of December 3, 2018. The defendant has represented: Coleman was arraigned on the Indictment on October 15, 2018, and a Procedural Order was entered at that time setting October 29, 2018, as the deadline for pre-trial motions and placing the case on the trial list for December 3, 2018; the parties have discussed discovery, and the government has produced a thumb drive containing the materials they have agreed to produce; the defendant and counsel will need additional time to review the discovery materials produced and consult about which motions, if any, are appropriate in this case; the defendant is currently being held at the Strafford County Jail in Dover, New Hampshire, so consultation will be made more difficult by virtue of the distance; additionally, an Indictment is pending against the defendant in the United States District Court for the District of Massachusetts (Docket No. 1:18-cr-10106-PBS), and the parties have all agreed to seek a Rule 20 transfer of that Indictment to the District of Maine; while such a process anticipates the entry of pleas of guilty to both Indictments, time will still be need to complete the process of transfer and schedule and complete the Rule 11 proceedings; the requested extension of time will leave the parties with adequate time to complete this

process. The defendant has waived his rights under the Speedy Trial Act, and the Government has represented that it does not object to the requested relief.

After full consideration of the representations of the parties in this case and after full consideration of the record in this case, the Court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the Court can and does find that the ends of justice served by the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial.

**IT IS HEREBY ORDERED THAT:**

1. The defendant's Motion is hereby **GRANTED**. The deadline for his pre-trial motions is extended to December 28, 2018, and the case is continued to the trial list of February 4, 2019.

2. The time period between October 29, 2018, through December 28, 2018, as well as the time period between December 3, 2018, through February 4, 2019, are both hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, § 3161, *et seq.*

**SO ORDERED**.

Dated: October 24, 2018

/s/John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE