UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>DEMONE COLEMAN    ) | No. 2:18-cr-12-JAW |

**<u>PROSECUTION VERSION</u>**

If this case were to proceed to trial, the United States would prove the following facts beyond a reasonable doubt:

On November 17, 2017, at approximately 1:10 a.m., a trooper with the Maine State Police stopped a Toyota Camry with a Massachusetts registration for a traffic violation. Defendant Demone Coleman was the operator. The trooper proceeded to conduct field sobriety tests based on a suspicion of impaired driving.

While the defendant was outside of the car, a second trooper observed him reach into the back of his pants. The defendant then attempted to discard a baggie concealed in his pants.

A trooper recovered the baggie and determined in contained a substance consistent with cocaine base. A laboratory later tested the substance confirmed it contained cocaine base. The net weight is in excess of 28 grams.

A trained and experienced law enforcement officer would testify that the quantity of cocaine base recovered is consistent with further distribution and inconsistent with personal use.

Dated at Portland, Maine this 17th day of December, 2018.

                                                Respectfully submitted,

                                                Halsey B. Frank
                                                United States Attorney

                                                /s/David B. Joyce
                                                Assistant U.S. Attorney
                                                United States Attorney's Office
                                                100 Middle Street
                                                Portland, ME 04101
                                                david.joyce@usdoj.gov

**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

CERTIFICATE OF SERVICE

    I hereby certify that on December 17, 2018, I filed the foregoing Prosecution Version using the Court's CM/ECF system, which will cause a copy to be sent to all counsel of record.

                                                    /s/David B. Joyce
                                                    Assistant U.S. Attorney