AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

*DISTRICT OF MAINE*
*PORTLAND*
*RECEIVED & FILED*
*2019 JAN 10 P 4:58*
*DEPUTY CLERK*

| United States of America | ) |
|---|---|
| v. | ) |
| Demone Coleman | ) Case No. 2:18-cr-00012-JAW |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Demone Coleman, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute 28 grams or more of cocaine base, in violation of 21 USC 841(a)(1).

Date: 01/26/2018

*Issuing officer's signature*

City and state: Portland, Maine

Sara Foss, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 1/26/18, and the person was arrested on *(date)* 1/5/18
at *(city and state)* Boston, MA.

Date: 1/8/19

*Arresting officer's signature*

Spencer Christie, DUSM
*Printed name and title*