UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:18-cr-12-JAW |
| v.             ) | No. 2:18-cr-173-JAW |
| ) | |
| DEMONE COLEMAN ) | |

**MOTION TO EXTEND DEADLINE FOR
DISCLOSURE OF PRESENTECE REPORT**

The United States of America, by and through its undersigned counsel, hereby moves for an extension until March 1, 2019, for disclosure of the initial presentence report. The Government recently provided supplemental discovery materials to produce to the Probation Office. The Probation Office needs additional time to review all discovery and to issue the presentence report. Counsel for the defendant advised that he has no objection to this motion.

WHEREFORE, the United States respectfully requests an extension until March 1, 2019, for disclosure of the presentence report.

Date: February 15, 2019

Respectfully submitted,

Halsey B. Frank
United States Attorney

/s/David B. Joyce
Assistant U.S. Attorney

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2019, I filed the foregoing motion using the Court's CM/ECF system, which will cause a copy to be sent to all counsel of record.

Halsey B. Frank
United States Attorney

/s/David B. Joyce
Assistant United States Attorney